# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA
## TUSCALOOSA DIVISION

In re:
JESSIE JAMES WHITE, JR             CASE NO: 16-71674-JHH13
MARILYNN COLEMAN WHITE        CHAPTER: 13
Debtor(s)

## OBJECTION TO CONFIRMATION

      **COMES NOW** Ocwen Loan Servicing, LLC Servicer for U.S. Bank National Association, as Trustee for 2004-CB1 Trust, C-BASS Mortgage Loan Asset-Backed Certificates, Series 2004-CB1 ("Ocwen Loan Servicing, LLC"), by and through undersigned Counsel, and hereby objects to the confirmation of the Debtors' plan. The objection is supported as follows:

1.      The Debtors' Jessie James White, Jr and Marilynn Coleman White, filed their Chapter 13 Bankruptcy on September 28, 2016, in the United States Bankruptcy Court for the Northern District of Alabama, Tuscaloosa Division.

2.      The Debtors' filed their Chapter 13 Bankruptcy plan on the same day ("the Plan").

3.      The petition lists Ocwen Loan Servicing, LLC as having a secured claim on the Debtors' real property located at 1708 Montrose Dr, Tuscaloosa, AL 35405 ("the Property").

4.      The Plan does not list any pre-petition arrears owed to Ocwen Loan Servicing, LLC on the Property.

5.      The Plan appears to provide for the total amount of the debt to be paid by the Trustee through the Plan. However, the Plan incorrectly states the total debt owed to Ocwen Loan Servicing, LLC on the Property.

6.      Failure to account for the pre-petition arrearage owed to Ocwen Loan Servicing, LLC provides grounds to deny the confirmation of the Debtors' Plan.

7. Failure to provide for the full payment of the debt is also grounds to deny the confirmation of the Debtors' Plan.

**WHEREFORE,** Ocwen Loan Servicing, LLC prays the Court grant the following relief:

1. Including the pre-petition arrears of $19,296.04 due to Ocwen Loan Servicing, LLC in the Debtors' Plan.

2. Amend the plan to provide for the total debt owed to Ocwen Loan Servicing, LLC as of 9/30/2016 is $93,988.04.

3. In the alternative, deny confirmation of the Debtors' Plan for failure to account for the arrears and for failure to account for the total debt due to Ocwen Loan Servicing, LLC;

4. In the alternative, dismiss the Debtors' Chapter 13 Petition;

This the 13th day of October, 2016

/s/ Jonathan Smothers
Jonathan Smothers
Attorney for Creditor
Ocwen Loan Servicing, LLC
SHAPIRO & INGLE, L.L.P.
10130 Perimeter Parkway
Suite 400
Charlotte, NC 28216
704/333-8107

16-011087

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
TUSCALOOSA DIVISION

In re:
**JESSIE JAMES WHITE, JR**             **CASE NO: 16-71674-JHH13**
**MARILYNN COLEMAN WHITE**             **CHAPTER: 13**
Debtor(s)

# NOTICE

      **TAKE NOTICE** that an objection has been filed by Ocwen Loan Servicing, LLC. A copy of the objection accompanies this notice.

      **TAKE FURTHER NOTICE** that a hearing will be held on this objection. The Court will conduct a hearing and provide notice of the time, date and place of hearing.

      Dated the 13th day of October, 2016.

                                       */s/ Jonathan Smothers*
                                       Jonathan Smothers
                                       Attorney for
                                       Ocwen Loan Servicing, LLC
                                       SHAPIRO & INGLE, L.L.P.
                                       10130 Perimeter Parkway
                                       Suite 400
                                       Charlotte, NC 28216
                                       (704) 333-8107

Address of Court:

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
TUSCALOOSA DIVISION

In re:
JESSIE JAMES WHITE, JR          CASE NO: 16-71674-JHH13
MARILYNN COLEMAN WHITE          CHAPTER: 13
Debtor(s)

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the foregoing and annexed pleading or paper upon:

(Served via U.S. Mail)
Jessie James White, Jr.
3001 47th Ave East
Tuscaloosa, AL 35405

(Served via U.S. Mail)
Marilynn Coleman White
3001 47th Ave East
Tuscaloosa, AL 35405

(Served via Electronic Notification Only)
Eric M Wilson
Wilson Bettis LLC
1902 8th Street
Tuscaloosa, AL 35401

(Served via Electronic Notification Only)
C. David Cottingham
P O Drawer 10848
Birmingham, AL 35202-0848

by depositing the same in a postpaid wrapper properly addressed to each such party or his attorney of record in a post office or other official depository under the exclusive care and custody of the United States Postal Service or by electronic mail, if applicable. Any party that can be served by electronic mail will receive no other form of notice.

This the 13th day of October, 2016.

*/s/ Jonathan Smothers*
Jonathan Smothers
SHAPIRO & INGLE, L.L.P.
10130 Perimeter Parkway
Suite 400
Charlotte, NC 28216
(704) 333-8107

16-011087