APPENDIX E     AMENDED Chapter 13 Plan Summary     Case No. **16-71674**

Debtor: **JESSIE JAMES WHITE JR.**     SSN: **XXX-XX-4843**     Net Monthly Earnings: **$3,160.00**
Joint: **MARILYN COLEMAN WHITE**     SSN: **XXX-XX-5169**     Number of Dependents: **1**

I.    Plan Payments:
     ( x )   Debtor(s) propose to pay direct a total of: **$3,485.00** [ ] Weekly [ ] Biweekly [ ] Semi-Monthly [ x ] Monthly; or

Length of plan is approximately **60** months, and the total to be paid into the plan is approximately **$209,100.00**.

[X] Chapter 13 case filing fees will be paid through the Chapter 13 Trustee assigned to this case.

II.    From the payments received, the trustee shall make disbursements pursuant to the Bankruptcy Code including:

     A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See §1322(a)(2)]
         The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| CREDITOR | TYPE OF PRIORITY | SCHEDULED AMOUNT | MONTHLY PAYMENT |
|---|---|---|---|
| ADOR | INCOME TAX | $3100.00 | $54.00 |
| PEYTON COCHRANE | PROPERTY TAX | $8,269.85 | $143.00 |

     B. * Total ATTORNEY FEE: **$3,250.00**. **$0.00** paid pre-petition; **$3250.00** to be paid upon confirmation and **$0.00** per month.

     C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:
         1.    Long Term Debts:

| Name of Creditor | Total Amount of Debt | Amount of regular payment / to be paid by: | Regular Payments to begin: Mo./Yr. | Arrears to be paid by Trustee | Months in arrearage | Proposed Interest Rate on Arrearage | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|---|
| CITIFINANCIAL SERVICING, LLC | $183,230.36 | $1270.00 TRUSTEE | OCTOBER 2016 | $55,650.37 | Thru 9/16 | 0 | $960.00 |

         2.    Secured Debts (not long term debts) to be paid through Trustee:

| Name of Creditor | A P Payments | Total Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed Fixed Payments | Fixed Payments to Begin |
|---|---|---|---|---|---|---|---|---|
| NCM / PRA | NA | $8,800.00 | $10,675.00 | $0.00 | 09 Ford F-150 | 4.5% | $170.00 | After Conf. * |
| NCM / PRA | NA | $8,800.00 | $4,350.00 | $0.00 | 07 VW Jetta | 4.5% | $170.00 | After Conf. * |
| Check Into Cash | NA | $5,243.71 | $5,000.00 | $243.71 | 08 Ford Focus | 4.5% | $100.00 | After Conf. * |
| Ocwen | NA | $33,751 | $94,400 | $0 | Non HS House & Lot | 4.5% | $650.00 | After CONF |

         3.    Other debts (not shown in 1. or 2. above) which Debtor(s) propose to pay direct:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
|  |  |  |  |  |

III.    Special Provisions:
     ( ) This is an original plan. ( X ) This is an amended plan replacing plan dated September 26, 2016

     Other Provisions:
1. **The Trustee will made disbursements as required by the Plan in the following order, with payments other than those listed to be made in the order determined by the Trustee: 1. Trustee's Fee, 2. Filing Fee, 3. Initial Costs of Administration (including attorney fees payable at confirmation); 4. Allowed Secured Claims and Section 503(b) Administrative Expenses with fixed monthly payments (including Professional Fee Claims with fixed payments); 5. Allowed Priority Claims for Domestic Support; 6. Other Allowed Priority Claims, including Allowed Priority Tax Claims; and 7. Allowed General Unsecured Claims.**

2. **Filed and allowed non-priority unsecured claims to be paid 100%.**

3. **Allowed secured claims not provided in plan to receive 4.50% interest by fixed payment over 58 months.**

Dated: 11/14/2016

Attorney for Debtor:
Kathryn Bettis
Wilson Bettis LLC
1902 8th Street
Tuscaloosa, AL 35401

*/s/ Jessie James White Jr.* Debtor
*/s/ Marilyn C. White* Joint-Debtor

## CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2016 I served a copy of the foregoing on the following parties by hand delivery or depositing a copy into the United States Mail or, when available, by electronic mail or via ECF.

C. David Cottingham
Via ECF electronic noticing to dcottingham@ch13tuscaloosa.com

All Parites on ECF Matrix
VIA US MAIL

/S/ Kathryn L. Bettis
Kathryn L. Bettis

Label Matrix for local noticing
1126-7
Case 16-71674-JHH13
NORTHERN DISTRICT OF ALABAMA
Tuscaloosa
Tue Nov 15 07:44:57 CST 2016

U. S. Bankruptcy Court
2005 University Blvd., Room 2300
Tuscaloosa, AL 35401-1546

Bellsouth
301 W Bay St
Room 12DD1
Jacksonville, FL 32202-5184

Bellsouth Telecommunications Inc
C/O James Grudus Esq
One AT & T Way Room 3A218
Bedminster, NJ 07921

Canant Vet Hospital
C/O Dishuck and LaCoste
PO Box 20677
Tuscaloosa, AL 35402-0677

Canat Veterinary
1100 Rice Valley Rd N
Tuscaloosa, AL 35406-2794

Check Into Cash, Inc.
d/b/a Check Into Cash of Alabama
Attn: Collections
P.O. Box 550
Cleveland, TN 37364-0550

Citifinancial Servicing LLC
PO Box 6043
Sioux Falls, SD 57117-6043

Credit Central
700 E North Street
Suite 15
Greenville, SC 29601-3013

DCH Regional Medical
809 University Blvd E
Tuscaloosa, AL 35401-2071

DCH Regional Medical
C/O Dishuck & Lacoste & Smit
P O Drawer 20677
Tuscaloosa, AL 35402-0677

HSBC
C/O Palisades Collections, LLC
PO Box 77240-0728

HSBC
PO Box 5222
Carol Stream, IL 60197-5222

Midand Credit Management
C/O Holloway & Moxley LLP
PO Box 4953
Montgomery, AL 36103-4953

Midland Credit Management
556 South Perry Street
PO Box 4953
Montgomery, AL 36103-4953

Mildand Credit Management
C/O Jhon H. Nathan Esq
2215 1st AVenue South
Birmingham, AL 35233-2330

National Capital Management
PO Box 12786
Norfolk, VA 23541-0786

Northstar Ambulance
2106 17th Ave.
Tuscaloosa, AL 35401-5770

Ocwen
1661 Worthington Road
Suite 100
West Palm Beach, FL 33409-6493

Ocwen Loan
C/O Jaureguia and Lindsey
2100 Devereux Circle Suite 100
Birmingham, AL 35243-2558

Ocwen Loan Servicing
PO Box 785063
Orlando, FL 32878-5063

PRA Receivables Management, LLC
P.O. Box 1109
Minneapolis, MN 55440-1109

Palisades Collection
702 King Farm Blvd
Suite 500
Rockville, MD 20850-5777

Palisades Collection
C/O Sandra Cooper Simson Attorney at Law
2209 Morris Avenue
Birmingham, AL 35203-4211

Peyton C. Cochrane
Tax Collector Tuscaloosa County
714 Greensboro Ave Room 124
Tuscaloosa, AL 35401-1891

State Of Alabama
Department Of Revenue
Montgomery, AL 36132-0001

TFE Credit Union
PO Box 1518
Tuscaloosa, AL 35403-1518

Wells Fargo
PO Box 50014
Roanoke, VA 24040-0014

C David Cottingham
Chapter 13 Standing Trustee
701 22nd Avenue, Suite 4
P O Drawer 020588
Tuscaloosa, AL 35402-0588

Eric M Wilson
Wilson Bettis LLC
1902 8th Street
Tuscaloosa, AL 35401-2128

Jessie James White Jr  
3001 47th Ave East  
Tuscaloosa, AL 35405-2780

Marilynn Coleman White  
3001 47th Ave East  
Tuscaloosa, AL 35405-2780

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)CITIFINANCIAL SERVICING LLC

(u)Ocwen Loan Servicing, LLC Servicer for U.S

(d)National Capital Management LLC  
PO Box 12786  
Norfolk, VA 23541-0786

End of Label Matrix  
Mailable recipients    31  
Bypassed recipients     3  
Total                  34