IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF ALABAMA
TUSCALOOSA DIVISION

| | |
|---|---|
| IN RE:<br><br>Jessie James White, Jr<br>Marilynn Coleman White<br><br><br>DEBTOR(S). | CASE NO: 16-71674-JHH13 |

NOTICE OF WITHDRAWAL
OF AMENDED PROOF OF CLAIM

    Ocwen Loan Servicing, LLC as servicing agent for U.S. Bank National Association, as Trustee for 2004-CB1 Trust, C-BASS Mortgage Loan Asset-Backed Certificates, Series 2004-CB , hereby provides Notice of Withdrawal of the Amended Proof of Claim filed on April 25, 2017 in the above-captioned case to all parties.

This day, April 26, 2017

                                        */s/ Helen Ball*
                                        Helen Ball, Attorney for Creditor
                                        hball@logs.com |704-607-4881
                                        Shapiro & Ingle, LLP
                                        10130 Perimeter Pkwy, Suite 400
                                        Charlotte, NC 28216
                                        Phone: 704-333-8107 | Fax: 704-333-8156
                                        Supervisory Attorney Contact: Grady Ingle
                                        gingle@logs.com | 704-607-4881
                                        Electronic Service Notifications: ncbkmail@shapiro-ingle.com

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
TUSCALOOSA DIVISION

In re:
JESSIE JAMES WHITE, JR                    CASE NO: 16-71674-JHH13
MARILYNN COLEMAN WHITE                    CHAPTER: 13
Debtor(s)

**CERTIFICATE OF SERVICE**

Jessie James White, Jr.
3001 47th Ave East
Tuscaloosa, AL 35405

Marilynn Coleman White
3001 47th Ave East
Tuscaloosa, AL 35405

Eric M Wilson
Wilson Bettis LLC
1902 8th Street
Tuscaloosa, AL 35401
C. David Cottingham
P O Drawer 10848
Birmingham, AL 35202-0848

I do hereby certify that I have on this 26th day of April, 2017, served a copy of the foregoing pleading on the parties listed above by depositing the same in a postpaid wrapper properly addressed to each such party or his attorney of record in a post office or other official depository under the exclusive care and custody of the United States Postal Service or by electronic mail, if applicable. Any party that can be served by electronic mail will receive no other form of notice.

*/s/ Helen Ball*
Helen Ball, Attorney for Creditor
hball@logs.com |704-607-4881
Shapiro & Ingle, LLP
10130 Perimeter Pkwy, Suite 400
Charlotte, NC 28216
Phone: 704-333-8107 | Fax: 704-333-8156
Supervisory Attorney Contact: Grady Ingle
gingle@logs.com | 704-607-4881
Electronic Service Notifications: ncbkmail@shapiro

16-011087

Case 16-71674-JHH13    Doc 62    Filed 04/26/17    Entered 04/26/17 08:01:39    Desc Main
Document    Page 2 of 2