Debtor: **JESSIE JAMES WHITE JR.**    SSN: **XXX-XX-4843**    Net Monthly Earnings: $2,950.00
Joint: **MARILYN COLEMAN WHITE**    SSN: **XXX-XX-5169**    Number of Dependents: 1

I. Plan Payments:
    ( x ) Debtor(s) propose to pay direct a total of: **$2,950.00** [ ] Weekly [ ] Biweekly [ ] Semi-Monthly [ x ] Monthly; or

Length of plan is approximately 60 months, and the total to be paid into the plan is approximately **$177,000.00**.

[X] Chapter 13 case filing fees will be paid through the Chapter 13 Trustee assigned to this case.

II. From the payments received, the trustee shall make disbursements pursuant to the Bankruptcy Code including:

A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See §1322(a)(2)]
The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| CREDITOR | TYPE OF PRIORITY | SCHEDULED AMOUNT | MONTHLY PAYMENT |
|---|---|---|---|
| AL DEPT OF REVENUE (CLAIM 4) | INCOME TAX | | |
| AL DEPT OF REVENUE (CLAIM 5) | INCOME TAX | $3,317.17 | $57.00 |
| AL DEPT OF REVENUE (CLAIM 6) | INCOME TAX | $2,592.83 | $45.00 |
| PEYTON COCHRANE | PROPERTY TAX | $225.31 | $4.00 |
| | | $8,269.85 | $143.00 |

B. * Total ATTORNEY FEE: **$3,250.00**. **$0.00** paid pre-petition; **$3250.00** to be paid upon confirmation and **$0.00** per month.

C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

1. Long Term Debts:

| Name of Creditor | Total Amount of Debt | Amount of regular payment / to be paid by: | Regular Payments to begin: Mo./Yr. | Arrears to be paid by Trustee | Months in arrearage | Proposed Interest Rate on Arrearage | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|---|
| CITIFINANCIAL SERVICING, LLC | $183,230.36 | $1270.00 TRUSTEE | OCTOBER 2016 | $55,650.37 | Thru 9/16 | 0 | $960.00 |

2. Secured Debts (not long term debts) to be paid through Trustee:

| Name of Creditor | A.P. Payments | Total Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed Fixed Payments | Fixed Payments to Begin |
|---|---|---|---|---|---|---|---|---|
| NCM / PRA | NA | $10,675.00 | $10,675.00 | $0.00 | 09 Ford F-150 | 4.5% | $205.00 | After Conf. * |
| NCM / PRA | NA | $4,350.00 | $4,350.00 | $0.00 | 07 VW Jetta | 4.5% | $84.00 | After Conf. * |
| Check Into Cash | NA | $5,243.71 | $5,000.00 | $243.71 | 08 Ford Focus | 4.5% | $101.00 | After Conf. * |
| Ocwen | NA | $33,751.00 | $94,400 | $0 | Non HS House & Lot | 4.5% | $582.00 | After CONF |

3. Other debts (not shown in 1. or 2. above) which Debtor(s) propose to pay direct:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
| US Dept. of Education | $31,296.35 | $0.00 – in deferment | Student Loan | Non dischargeable / Long term debt |

III. Special Provisions:
   ( ) This is an original plan. ( X ) This is an amended plan replacing plan dated **11/11/2016**.

Other Provisions:
1. The Trustee will made disbursements as required by the Plan in the following order, with payments other than those listed to be made in the order determined by the Trustee: 1. Trustee's Fee, 2. Filing Fee, 3. Initial Costs of Administration (including attorney fees payable at confirmation); 4. Allowed Secured Claims and Section 503(b) Administrative Expenses with fixed monthly payments (including Professional Fee Claims with fixed payments); 5. Allowed Priority Claims for Domestic Support; 6. Other Allowed Priority Claims, including Allowed Priority Tax Claims; and 7. Allowed General Unsecured Claims.
2. Filed and allowed non-priority unsecured claims to be paid **100%**.
3. Allowed secured claims not provided in plan to receive **4.50%** interest by fixed payment over 58 months.
4. US Dept. of Education: Debtor shall move to modify plan as necessary at such time as if/when student loans come out of deferment.

Attorney for Debtor:
Kathryn Bettis
Wilson Bettis LLC
1902 8th Street
Tuscaloosa, AL 35401

Dated: 5/3/2017

_/s/ Jessie White_
Debtor

_/s/ Marilyn C. White_
Joint Debtor

# CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2017 I served a copy of the foregoing on the following parties by hand delivery or depositing a copy into the United States Mail or, when available, by electronic mail or via ECF.

C. David Cottingham
Via ECF electronic noticing to dcottingham@ch13tuscaloosa.com

All Parites on ECF Matrix
VIA US MAIL

/S/ Kathryn L. Bettis
Kathryn L. Bettis

```
Label Matrix for local noticing          U. S. Bankruptcy Court                  ALA DEPT OF REVENUE LEGAL DIV
1126-7                                   2005 University Blvd., Room 2300        P.O. BOX 320001
Case 16-71674-JHH13                      Tuscaloosa, AL 35401-1546               MONTGOMERY, AL 36132-0001
NORTHERN DISTRICT OF ALABAMA
Tuscaloosa
Mon May 15 13:27:41 CDT 2017

Bellsouth                                Bellsouth Telecommunications Inc
301 W Bay St                             C/O James Grudus Esq                    Canant Vet Hospital
Room 12DD1                               One AT & T Way Room 3A218               C/O Dishuck and LaCoste
Jacksonville, FL 32202-5184              Bedminster, NJ 07921                    PO Box 20677
                                                                                 Tuscaloosa, AL 35402-0677

Canat Veterinary                         Check Into Cash, Inc.
1100 Rice Valley Rd N                    d/b/a Check Into Cash of Alabama        Citifinancial Servicing LLC
Tuscaloosa, AL 35406-2794                Attn: Collections                       PO Box 6043
                                         P.O. Box 550                            Sioux Falls, SD 57117-6043
                                         Cleveland, TN 37364-0550

Credit Central                           DCH Regional Medical
700 E North Street                       809 University Blvd E                   DCH Regional Medical
Suite 15                                 Tuscaloosa, AL 35401-2071               C/O Dishuck & Lacoste & Smit
Greenville, SC 29601-3013                                                        P O Drawer 20677
                                                                                 Tuscaloosa, AL 35402-0677

HSBC
C/O Palisades Collections, LLC           HSBC                                    Midand Credit Management
PO Box 77240-0728                        PO Box 5222                             C/O Holloway & Moxley LLP
                                         Carol Stream, IL 60197-5222             PO Box 4953
                                                                                 Montgomery, AL 36103-4953

Midland Credit  Management               Mildand Credit Management
556 South Perry Street                   C/O Jhon H. Nathan Esq                  National Capital Management
PO Box 4953                              2215 1st AVenue South                   PO Box 12786
Montgomery, AL 36103-4953                Birmingham, AL 35233-2330               Norfolk, VA 23541-0786

Northstar Ambulance                      Ocwen
2106 17th Ave.                           1661 Worthington Road                   Ocwen Loan
Tuscaloosa, AL 35401-5770                Suite 100                               C/O Jaureguia and Lindsey
                                         West Palm Beach, FL 33409-6493          2100 Devereux Circle Suite 100
                                                                                 Birmingham, AL 35243-2558

Ocwen Loan Servicing                     PRA Receivables Management, LLC
PO Box 785063                            P.O. Box 1109                           Palisades Collection
Orlando, FL 32878-5063                   Minneapolis, MN 55440-1109              702 King Farm Blvd
                                                                                 Suite 500
                                                                                 Rockville, MD 20850-5777

Palisades Collection                     Paragon Contracting Services, LLC
C/O Sandra Cooper Simson Attorney at Law PO Box 1123                             Peyton C. Cochrane
2209 Morris Avenue                       Minneapolis MN 55440-1123               Tax Collector Tuscaloosa County
Birmingham, AL 35203-4211                                                        714 Greensboro Ave Room 124
                                                                                 Tuscaloosa, AL 35401-1891

(p)PORTFOLIO RECOVERY ASSOCIATES LLC     Premier Bankcard, Llc
PO BOX 41067                             c o Jefferson Capital Systems LLC       REGIONS BANK
NORFOLK VA 23541-1067                    Po Box 7999                             P O BOX 10063
                                         Saint Cloud Mn 56302-7999               BIRMINGHAM, AL  35202-0063
```

Speedy/Rapid Cash
P.O. Box 780408
Wichita, KS 67278-0408

State Of Alabama
Department Of Revenue
Montgomery, AL 36132-0001

TFE Credit Union
PO Box 1518
Tuscaloosa, AL 35403-1518

US DEPARTMENT OF EDUCATION
CLAIMS FILING UNIT
PO BOX 8973
MADISON WI 53708-8973

Wells Fargo
PO Box 50014
Roanoke, VA 24040-0014

Wells Fargo Bank, N.A
P.O. Box 45038 MAC Z3057012
Jacksonville, FL 322325038

C David Cottingham
Chapter 13 Standing Trustee
701 22nd Avenue, Suite 4
P O Drawer 020588
Tuscaloosa, AL 35402-0588

Eric M Wilson
Wilson Bettis LLC
1902 8th Street
Tuscaloosa, AL 35401-2128

Jessie James White Jr
3001 47th Ave East
Tuscaloosa, AL 35405-2780

Kathryn Lila Bettis
Wilson Bettis LLC
1902 8th Street
Tuscaloosa, AL 35401-2128

Marilynn Coleman White
3001 47th Ave East
Tuscaloosa, AL 35405-2780

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Portfolio Recovery Associates, LLC
POB 41067
Norfolk, VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)CITIFINANCIAL SERVICING LLC

(u)Canant Veterinary Hospital

(u)Ocwen Loan Servicing, LLC Servicer for U.S

(d)National Capital Management LLC
PO Box 12786
Norfolk, VA 23541-0786

End of Label Matrix
Mailable recipients    40
Bypassed recipients     4
Total                  44